UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

CRIMINAL NO. 05-80955

HONORABLE AVERN COHN

v.

D-34, WAYNE DARNELL JOYNER,
D-39, WILLIAM RICHARD TURNER,

       Defendants.
_____/

UNITED STATES OF AMERICA,

       Plaintiff,

CRIMINAL NO. 06-20663

HONORABLE AVERN COHN

v.

D-13, RICARDO DENARD MCFARLIN,

       Defendant.
_____/

## ORDER REGARDING FILINGS

These are criminal cases.

Defendant Wayne Darnell Joyner (Joyner) pled guilty to two (2) conspiracy charges: possess with intent to distribute 5 kilograms or more of cocaine and to launder monetary instruments. Joyner has been sentenced.

Defendant William Richard Turner (Turner) pled guilty to two (2) conspiracy charges: possess with intent to distribute 5 kilograms or more of cocaine and to launder monetary instruments. Turner is awaiting sentencing.

Defendant Ricardo McFarlin (McFarlin) pled guilty to two (2) conspiracy charges: possess with intent to distribute 5 kilograms or more of cocaine and to launder monetary instruments. McFarlin is awaiting sentencing.

For some time now, Joyner and McFarlin and most recently Turner each have been filing voluminous papers, the contents of which are unintelligible. In addition, Donun Ali El Bey has attempted to file voluminous papers on behalf of Joyner and McFarlin, the contents of which are unintelligible. The latest filing is eight (8) inches thick. Kuran El Bey has also filed papers on behalf of Turner which are also unintelligible.

Joyner, McFarlin and Turner are ORDERED to stop filing such papers.

Donun Ali El Bey and Kuran El Bey are ORDERED to stop filing such papers.

The papers recently sent by Donun Ali El Bey and received in the Office of the Clerk shall be sent back.

Only papers in the form of a motion relevant to the status of Joyner as a sentenced offender and McFarlin and Turner as offenders awaiting sentencing may be filed. To assure the directive is followed, papers filed by Joyner, McFarlin or Turner will first be examined by the Court to determine if they are eligible for filing.

Failure to comply with this order will result in contempt proceedings.

SO ORDERED.


Dated: September 9, 2008         s/Avern Cohn
                                 AVERN COHN
                                 UNITED STATES DISTRICT JUDGE

05-80955-34, 39 USA v. Joyner, Turner; 06-20663-13 USA v. McFarlin

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and:

Ricardo McFarlin, 16242 Cruse, Detroit, MI 48235,

Wayne Darnell Joyner, 3359 Shallow Pond, Las Vegas, NV 89117,

William Turner, 23345 Williamsburg Circle, Apt. F, Woodhaven, MI 48183,

Donun Ali El Bey, 19875 W. 12 Mile Rd, Suite 544, Southfield, MI 48076 and

Kuran El Bey, 19875 W. 12 Mile Rd, Suite 544, Southfield, MI 48076

on this date, September 9, 2008, by electronic and/or ordinary mail.

                                                      s/Julie Owens
                                                      Case Manager, (313) 234-5160