UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        CRIMINAL NO. 06-20663

    Plaintiff,

v.        DISTRICT JUDGE AVERN COHN

D-13, RICARDO MCFARLIN,

    Defendant.
                                   /

## ORDER DENYING DEFENDANT'S MOTION TO ALLOW DEFENDANT TO REPORT TO DESIGNATED PENAL INSTITUTION

Before is the Defendant's Motion to Allow Defendant to Report to Designated Penal Institution. The Government has responded. The Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion is **DENIED**. The Defendant shall surrender to the U.S. Marshal by **Noon on Monday, January 12, 2009**.

**SO ORDERED.**

Dated: January 6, 2009        s/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 6, 2009, by electronic and/or ordinary mail.

                                         s/Julie Owens
                                         Case Manager, (313) 234-5160